# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Brian Keith Manganaan

             V.

Director of the California Department of Corrections, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06CV0891-JAH(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Magistrate Judge's Report and Recommendation is adopted. The Petition for Writ of Habeas Corpus is denied.

| September 24, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON September 24, 2007 |

06CV0891-JAH(AJB)